IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BETTY L. CASTELLO,

    Plaintiff,

v.                                                              CASE NO. 5:08cv80-RH/MD

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF AFFIRMANCE

This case is before the court on the magistrate judge's report and recommendation (document 23). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The Commissioner's decision denying plaintiff's application for disability benefits is AFFIRMED. The clerk must enter judgment and close the file.

SO ORDERED on March 10, 2009.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge